United States District Court
District of Massachusetts

| | |
|---|---|
| NICHOLAS INTERNICOLA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COMMONWEALTH OF MASSACHUSETTS  )<br>DEPARTMENT OF STATE POLICE, et  )<br>al.,  )<br>  )<br>      Defendants.  )<br>  ) | Civil Case No.<br>15-12305-NMG |

## ORDER

GORTON, J.

The motion to dismiss (Docket No. 16) filed by the Commonwealth of Massachusetts Department of State Police ("MSP") will be **HELD IN ABEYANCE** until plaintiff Nicholas Internicola ("plaintiff" or "Internicola") submits a more definite statement of his claim.

Rule 8(a) of the Federal Rules of Civil Procedure governs the substance of a pleading and requires a plaintiff to include in the complaint "a short and plain statement of the claim showing that the pleader is entitled to relief". Fed. R. Civ. P. 8(a)(2). That statement must "set forth minimal facts as to who did what to whom, when, where, and why." Calvi v. Knox County, 470 F.3d 422, 430 (1st Cir. 2006). The purpose is to

> give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests[,]

id., such that the defendant has adequate notice of the claims asserted against it and a meaningful opportunity to raise a defense. Diaz-Rivera v. Rivera-Rodriguez, 377 F.3d 119, 123 (1st Cir. 2004).

Accordingly, on or before June 13, 2016, plaintiff shall file a pleading entitled "More Definite Statement" which clarifies his claim(s) against MSP and addresses the deficiencies raised in MSP's motion. The pleading must 1) set forth plaintiff's claim(s) against MSP specifically, 2) identify the specific cause(s) of action against MSP, 3) state the date(s) upon which the alleged acts or omissions occurred and 4) briefly describe the alleged acts or omissions of an agent or employee of MSP that form the underlying factual basis for the cause(s) of action.

If MSP seeks further clarification of the claim(s), it must present a request with further specificity as to the information sought within ten days after plaintiff's statement. Otherwise, MSP's supplemental memoranda in support of its motion to dismiss the complaint (as clarified by the "More Definite Statement") shall be due 20 days after the submission of such statement.

Failure by plaintiff to comply with this directive will result in the allowance of defendant's motion to dismiss.

**So ordered.**

                                              /s/ Nathaniel M. Gorton
                                              Nathaniel M. Gorton
                                              United States District Judge

Dated:  May 23, 2016